No. 605. BEACON MILLING CO., INC. *v.* NEW YORK CENTRAL RAILROAD CO. December 4, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied for want of a final judgment. *Mr.* *August* *G.*

*Gutheim* for petitioner. *Messrs. Thomas P. Healy* and *Harold H. McLean* for respondent.